**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARY LEONOR CHILIQUINGA SIGCHO,

Petitioner,

v.

Case No. 2:26-cv-00137-MIS-JFR

DORA CASTRO, Warden, Otero County Processing Center; MARY DE ANDA YBARRA, Field Office Director, El Paso Field Office, United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; and PAMELA BONDI, United States Attorney General, *in their official capacities*,

Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Mary Leonor Chiliquinga Sigcho and against Respondents Dora Castro, Mary De Anda Ybarra, Todd M. Lyons, Kristi Noem, and Pamela Bondi.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE